# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
May 4, 2018

In re:

    Kristine R. Ryan

Debtor*

Case Number: 18–30735 amn
Chapter: 13

### NOTICE OF INELIGIBILITY TO RECEIVE A CHAPTER 13 DISCHARGE

    **NOTICE** is hereby given that the Court shall not grant a discharge in a chapter 13 case if the debtor(s) received a discharge in a case filed under chapter 7, 11 or 12 during the 4 year period preceding the date of the Order for Relief under this chapter pursuant to 11 U.S.C. §1328(f)(1).

    **ACCORDINGLY**, the above named debtor(s) is ineligible for a discharge, and therefore an Order of Discharge shall not enter in this case.

Dated: May 4, 2018

For the Court

*Myrna Atwater*

Myrna Atwater
Clerk of Court

United States Bankruptcy Court
District of Connecticut
157 Church Street, 18th Floor
New Haven, CT 06510

Tel. (203) 773–2009
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form ntcinelig – ts