## United States Bankruptcy Court
### District of Connecticut

In re: Kristine R. Ryan                        18-30735
                                               Chapter: 13

Debtor

**Debtor's Motion for an Order Extending Automatic Stay**

The above-named Debtor, by counsel, hereby moves for an Order to Extend the Automatic Stay, and in support thereof represents as follows:

1. The debtor's prior case under Chapter 7 (17-30084) was closed by the Court on May 15, 2017, the debtor having received her Discharge on April 26, 2017.
2. The debtor has all required documents to properly prosecute this case, the means to pay her plan payments to the Trustee, and has provided an Affidavit (attached hereto) to the effect that she will prosecute the case in a timely and proper manner and is financially able to fund the Plan.
3. The debtor has filed this case in good faith as to all creditors to be stayed within the meaning of 11 U.S.C. §362(c)(3)(B).

Wherefore, the debtor moves that the automatic stay of 11 U.S.C. § 362(a) be extended pursuant to 11 U.S.C. § 362(c)(3)(B) to continue in full force and effect at all times this case remains pending before this Court, or until such time as the stay is terminated, annulled, or

modified or conditioned upon motion, after notice and a hearing, pursuant to 11 U.S.C. §362(d)

or (e).

Respectfully submitted

/s/ Walter D Wagoner, Jr.
Counsel for the Debtor
840 Elm Street
New Haven CT 06511
203-494-0144

**Certification of Service**: This will certify that the foregoing Motion and the attached exhibit and proposed Order has been served this 4th day of May, 2018, by first class mail on all creditors and parties in interest as noted on the attached Matrix List, and by CERTIFIED MAIL to federally insured financial institutions Comity Capital Bank, and Bank of New York Mellon, therein.

/s/ Walter D Wagoner, Jr.
Counsel for the Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF CONNECTICUT

In re Ryan, Kristine
    Debtor                    Chapter 13

                                  Case No. 18-30735 amn

                                  May 4, 2018

UNSWORN AFFIDAVIT UNDER PENALTY OF PERJURY

I, Kristine R Ryan, hereby depose and say:

1. I reside at 42 Pennsylvania Avenue, East Haven CT  06512; I am the debtor herein.

2. This will certify that I and my three children receive a total of $3,579.00 monthly in Social Security benefits.

3. This will certify that I have savings of approximately $14,000.00 to serve as a cushion during the life of the plan.

4. I am financially capable of funding my pending Chapter 13 Plan and will do so, and I will provide all documents and meet all other requirements in that regard.

Signed under penalty of perjury

---------/s/---------------
Kristine R Ryan
42 Pennsylvania Avenue, East Haven CT  06512

```
Label Matrix for local noticing          New Haven                              Bendett & McHugh PC
0205-3                                   157 Church Street                      for BANK OF NEW YORK MELLON
Case 18-30735                            18th Floor                             160 Farmington Avenue Ste 151
District of Connecticut                  New Haven, CT 06510-2100               Farmington, CT 06032-1728
New Haven
Fri May  4 11:20:04 EDT 2018

Capital One                              Comenity Bank/Victoria Secret          Comenity Capital Bank/HSN
Attn: Bankruptcy                         Attn: Bankruptcy Dept                  Attn:  Bankruptcy Dept
Po Box 30285                             Po Box 182125                          Po Box 18215
Salt Lake City, UT 84130-0285            Columbus, OH 43218-2125                Columbus, OH 43218


East Haven Tax Collector                 Regional Water Auth                    THE BANK OF NEW YORK MELLON
Atten: Chief Financial Officer           Atten: Chief Financial Officer         Atten: CFO
250 Main Street                          90 Sargent Drive                       7360 SOUTH KYRENE
East Haven, CT 06512-3004                New Haven, CT 06511-5918               Tempe, AZ 85283-8432


Target                                   U. S. Trustee                          Water Pollution Control Auth
Atten: Chief Financial Officer           Office of the U.S. Trustee             Atten: Chief Financial Officer
Target Card Services                     Giaimo Federal Building                PO Box 150486
Mail Stop NCB-0461                       150 Court Street, Room 302             Hartford, CT 06115-0486
Minneapolis, MN 55440                    New Haven, CT 06510-2022


Kristine R. Ryan                         Roberta Napolitano                     Walter D. Wagoner Jr.
42 Pennsylvania Ave                      10 Columbus Boulevard                  Law Office of Walter Wagoner
East Haven, CT 06512-3419                6th Floor                              840 Elm Street
                                         Hartford, CT 06106-1976                New Haven, CT 06511-4010



End of Label Matrix
Mailable recipients    14
Bypassed recipients     0
Total                  14
```

# United States Bankruptcy Court
## District of Connecticut

In re: Kristine R. Ryan                          18-30735 amn
                                                 Chapter: 13

Debtor

*proposed* **Order Extending Automatic Stay**

The above-named Debtor has filed a Motion to Extend the Automatic Stay and an Affidavit pursuant to 11 U.S.C. §362(c)(3)(B) (the "Motion"), ECF No. _____, and the Debtor having previously filed a bankruptcy petition pending within one-year before the petition date of this bankruptcy case.

The Court finds that, in the absence of an objection, the affidavit provides clear and convincing evidence that the Debtor filed this case "in good faith as to the creditors to be stayed" within the meaning of 11 U.S.C. §362(c)(3)(B).

Therefore, after a notice and hearing, it is hereby ORDERED, that the automatic stay of 11 U.S.C. § 362(a) is extended pursuant to 11 U.S.C. § 362(c)(3)(B) and shall continue in full force and effect at all times this case remains pending before this Court, or until such time as the stay is terminated, annulled, modified or conditioned upon motion, after notice and a hearing, pursuant to 11 U.S.C. §362(d) or (e